# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CR297 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PAUL CHARLES WOZNIAK, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion to continue by defendant Paul Charles Wozniak (Wozniak) (Filing No. 18). Wozniak seeks a continuance of the trial of this matter and to file a motion to suppress. Wozniak has submitted an affidavit wherein he represents that he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 20). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Wozniak's motion to continue trial (Filing No. 18) is granted.

2. Trial of this matter is re-scheduled for **February 11, 2008,** before Senior Judge Lyle E. Strom and a jury.

3. Wozniak is given until **on or before November 28, 2007**, in which to file any motion to suppress.

4. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 29, 2007 and February 11, 2008,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 29th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge