IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:07CR297
                               )
        v.                     )
                               )
PAUL CHARLES WOZNIAK,          )          ORDER
                               )
              Defendant.       )
_____)
```

        This matter is before the Court on defendant's motion

for continuance of trial (Filing No. 32).  The Court notes that

time for discovery and the filing of motions has passed and that

plaintiff's motion seeks only to continue the current trial

setting.  Accordingly,

        IT IS ORDERED that trial of this matter is rescheduled

for:

                **Monday, April 21, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse,

Omaha, Nebraska, or as soon thereafter as may be called by the

Court.  The ends of justice will be served by continuing this

case to give defendant adequate time to prepare for trial and

outweigh the interests of the public and the defendant in a

speedy trial.  The additional time between February 11, 2008, and

April 21, 2008, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial

Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court