### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR297 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAUL CHARLES WOZNIAK, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the notice of intent to file a motion to suppress by defendant Paul Charles Wozniak, Jr. (Wozniak) (Filing No. 35). Wozniak is given until **February 11, 2008**, in which to file such a motion. Failure to file within this deadline will result in the denial of any such motion.

**IT IS SO ORDERED.**

DATED this 1st day of February, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge