IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )           8:07CR297
                               )
      v.                       )
                               )
PAUL CHARLES WOZNIAK,          )           ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on plaintiff's objection to the magistrate judge's order permitting defendant to file a motion to suppress upon showing of good cause (Filing No. 37). The Court has reviewed the magistrate judge's order and finds plaintiff's objection should be overruled. Accordingly,

IT IS ORDERED that plaintiff's objection is overruled. The overruling of this objection and the granting of defendant's motion will not be grounds for any continuance of the trial of this matter.

DATED this 5th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court