# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )  | |
| Plaintiff,    ) | |
| vs.    ) | 8:07CR297 |
| PAUL CHARLES WOZNIAK, JR.,    ) | ORDER |
| Defendant.    ) | |

The defendant's Motion to Continue (Filing No. 42) is granted.

**IT IS ORDERED** that the hearing on the Motion to Suppress (Filing No. 39) is continued to **1:30 p.m. on April 2, 2008** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 6th day of March, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge