IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR297 |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL CHARLES WOZNIAK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on plaintiff's motion for dismissal (Filing No. 44). The Court finds said motion should be granted. Accordingly,

      IT IS ORDERED that plaintiff's motion is granted; the indictment is dismissed without prejudice.

      DATED this 2nd day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court